IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**REGINA GRONER,**     **PLAINTIFFS**
**JEFFREY SWINDLE,**
**GEORGE H. BEAM, JR., and**
**RONALD STARK, on behalf of themselves**
**and others similarly situated**

**V.**     **NO: 3:19CV201-M-P**

**YALOBUSHA HEALTH SERVICES, and**     **DEFENDANTS**
**YALOBUSHA GENERAL HOSPITAL AND**
**NURSING HOME**

## JUDGMENT

For the reasons given in this court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

This 13th day of December, 2021.

/s/ Michael P. Mills
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI